**No. 11-6745. William Mikell, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8726.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6746. Eugene Tyrone Miller, Petitioner v. North Carolina.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8747.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 235.

**No. 11-6752. Jesus Salas Morales, Petitioner v. Correct Care Solutions, LLC.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8756.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 825.

**No. 11-6766. Moises Meraz-Camacho, Petitioner v. United States.**

565 U.S. 1083, 132 S. Ct. 824, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8745.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 417 Fed. Appx. 558.

**No. 11-6794. Terry Kuehner, Petitioner v. John E. Wetzel, Secretary, Pennsylvania Department of Corrections, et al.**

565 U.S. 1083, 132 S. Ct. 825, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8753.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 433 Fed. Appx. 96.

**No. 11-6803. Abraham P. Holbrook, Petitioner v. Maryland.**

565 U.S. 1083, 132 S. Ct. 825, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8763.

December 5, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 196 Md. App. 717.

**No. 11-6872. Wendell Arden Grissom, Petitioner v. Oklahoma.**

565 U.S. 1084, 132 S. Ct. 825, 181 L. Ed. 2d 534, 2011 U.S. LEXIS 8708.

December 5, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 253 P.3d 969.